## SWORN CERTIFICATION OF PLAINTIFF

## ELANCO ANIMAL HEALTH INCORPORATED SECURITIES LITIGATION

I, Marla Strappe, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Elanco Animal Health Incorporated securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Elanco Animal Health Incorporated securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/6/2020

Date

DocuSigned by:

*Marla Strappe* (signature)

8AD336B4C4CE48D...

Marla Strappe

**Marla Strappe's Transactions in Elanco Animal Health Incorporated (ELAN)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/18/2019 | Received* | 74 | $49.2910 |

*Marla Strappe purchased 500 shares of Aratana Therapeutics, Inc. (PETX) on 7/26/17 at $7.30 per share. On 7/18/19, Elanco finalized its acquisition of PETX. Pursuant to the acquisition, PETX shareholders received 0.1481 share of Elanco common stock for each share of PETX they held. Ms. Strappe's 500 shares of PETX were converted to 74 Elanco shares with a residual of 0.05 shares. In lieu of the fractional share, Ms. Strappe received a cash payment of $2.46. The pricing above reflects her adjusted cost basis.