# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SANDRA HUNTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>ELANCO ANIMAL HEALTH INCORPORATED, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01460-SEB-DML |

## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, Defendants Elanco Animal Health Incorporated, Jeffrey N. Simmons, Todd S. Young, James M. Meer, R. David Hoover, Kapila K. Anand, John P. Bilbrey, Art A. Garcia, Michael J. Harrington, Deborah T. Kochevar, Lawrence E. Kurzius, Kirk McDonald, and Denise Scots-Knight (collectively, the "Defendants") respectfully move the Court for an Order dismissing Lead Plaintiff Sandra Hunter and plaintiff Marla Strappe's First Amended Class Action Complaint (ECF No. 34) in its entirety and with prejudice for failure to state a claim upon which relief can be granted, as set forth in the accompanying Memorandum of Law and the Declaration of Stacy Nettleton.

Dated: January 13, 2021

Respectfully submitted,

 /s/ John A. Neuwirth
John A. Neuwirth
Greg Silbert
Stacy Nettleton
Justin D. D'Aloia
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

-and-

Paul A. Wolfla
Emanuel L. McMiller
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000

Wendy J. Wildung
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 13, 2021, I filed a copy of the foregoing was filed electronically via the Court's CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ John A. Neuwirth
        John A. Neuwirth