UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SANDRA HUNTER Individually and on behalf of all others similarly situated, MARLA STRAPPE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-01460-SEB-MG |
| ELANCO ANIMAL HEALTH INCORPORATED, JEFFREY N. SIMMONS, TODD S. YOUNG, JAMES M. MEER, R. DAVID HOOVER, KAPILA K. ANAND, JOHN P. BILBREY, ART A. GARCIA, MICHAEL J. HARRINGTON, DEBORAH T. KOCHEVAR, LAWRENCE E. KURZIUS, KIRK MCDONALD, DENISE SCOTS-KNIGHT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court, having denied Plaintiffs' Motion for Leave to File a Second Amended Complaint, now, and in accordance with Fed. R. Civ. P. 58, enters final judgment in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by their complaint, and this action is terminated.

IT IS SO ORDERED.

Date:  9/27/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew Thomas Albaugh
Taft Stettinius & Hollister LLP
malbaugh@taftlaw.com

Justin D. D'Aloia
Weil Gotshal & Manges LLP
jdaloia@pomlaw.com

Gena L. Gonzales
WEIL GOTSHAL MANGES LLP
gena.gonzales@weil.com

Offer Korin
Stoll Keenon Ogden PLLC
offer.korin@skofirm.com

Emanuel McMiller
Faegre Drinker Biddle & Reath LLP
manny.mcmiller@faegredrinker.com

Stacy Nettleton
WEIL GOTSHAL MANGES LLP
stacy.nettleton@weil.com

John A. Neuwirth
WEIL GOTSHAL MANGES LLP
john.neuwirth@weil.com

Pavithra Rajesh
GLANCY PRONGAY & MURRAY LLP
prajesh@glancylaw.com

Gregory S. Silbert
WEIL GOTSHAL MANGES LLP
gregory.silbert@weil.com

Wendy J. Wildung
FAEGRE DRINKER BIDDLE & REATH LLP (Minneapolis)
wendy.wildung@faegredrinker.com

Paul A. Wolfla
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
paul.wolfla@faegredrinker.com

Kara M. Wolke
Glancy Prongay & Murray LLP
kwolke@glancylaw.com

Melissa C. Wright
GLANCY PRONGAY & MURRAY LLP
mwright@glancylaw.com